**United States Bankruptcy Court**
**Northern District of Illinois,  Eastern Division**

| | | |
|---|---|---|
| IN RE:  Angela Vaughn | ) | Chapter 13 |
| | ) | Case No. 21 B 11667 |
| Debtor(s) | ) | Judge Timothy A Barnes |
| Printed: 06/16/2022 | | Filed: 10/12/2021 |

---

## ORDER OF DISCHARGE OF TRUSTEE

After examination of the final report and account of the trustee, the court finds that Marilyn O Marshall has fulfilled her obligaions as trustee.

NOW THEREFORE IT IS ORDERED THAT:
Marilyn O Marshall is discharged as trustee and released from all further liabliltiy in this case, and trustee's surety is also released and discharged.


FOR THE COURT


Date: 06/16/2022                                              Jeffrey P. Allsteadt
                                                              Clerk of the Bankruptcy Court